PROB 34
1/92

Report and Order Terminating Probation
Supervised Release Prior to Expiration Date

# United States District Court
For The
Southern District of West Virginia



UNITED STATES OF AMERICA

v.                                              Crim. No.   2:99-00111-001

LILLIAN COOK

On August 17, 2001, the above named was placed on Supervised Release for a period five years. She has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Lillian Cook be discharged from Supervised Release.



Respectfully submitted,

Kenneth Sales, Jr.
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this ___2nd___ day of ___June___, 2006.

Honorable John T. Copenhaver, Jr.
United States District Judge